```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION
               CASE NO. 10-14040-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

UTON ANTHONY WATSON,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on June 23, 2010. A Report and Recommendation filed on June 28, 2010 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One and Two of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of July, 2010.

_/s/ Donald L. Graham_
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        James Benjamin, Esq.
        Diana Acosta, AUSA
```